1  WILLIAM J. FRIMEL (Bar No. 160287)
   bill@sffwlaw.com
2  MARGARET A. CRAWFORD (Bar No. 238205)
   Margaret@sffwlaw.com
3  **SEUBERT FRENCH FRIMEL & WARNER LLP**
4  1075 Curtis Street
   Menlo Park, CA 94025
5  Tel: 650.322.3048

6
   Attorneys for Plaintiff
7  TADICH GRILL, INC.

8
# UNITED STATES DISTRICT COURT

9
## NORTHERN DISTRICT OF CALIFORNIA

10
### SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  TADICH GRILL, INC., <br> a California corporation, | |
| 13      Plaintiff, | CASE NO. _____ |
| 14      v. | **COMPLAINT** |
| 15  TADICH GRILL DEVELOPMENT <br> COMPANY, LLC, a Washington Limited | 1. Trademark Infringement <br> 2. Cybersquatting |
| 16  Liability Company; ICON, Inc., a Nevada <br> corporation; ICONCEPTS LLC, a | 3. False Designation of Origin |
| 17  Washington Limited Liability Company; <br> GERARD CENTIOLI, an individual; | |
| 18  LAUREN CENTIOLI, an individual; and <br> DOES 1-20; | **DEMAND FOR JURY TRIAL** |
| 19      Defendants. | |
| 20 | |
| 21 | |

22

23

24

25

26

27

28

COMPLAINT

Plaintiff for its Complaint states as follows:

**INTRODUCTION**

1. This action arises from the trademark infringement and cybersquatting against the owner of the following registered trademark: "TADICH GRILL," U.S. Trademark Registration No. 1066452, (hereinafter referred to as the "Mark"). Plaintiff brings this action to obtain relief under federal law and is seeking: (i) money damages, attorneys' fees and costs for the defendants' past and continuing infringement of the Mark; (ii) an injunction prohibiting the defendants from any further infringement of the Mark; and (iii) an order requiring the transfer of the domain name "tadichgrill.com" to Plaintiff and for "Tadich Grill" to be removed from the name of Defendant Tadich Grill Development Company, LLC.

**THE PARTIES**

2. Plaintiff Tadich Grill, Inc. ("Plaintiff" or "TGI") is a corporation organized and existing under the laws of California and has its principal place of business in San Francisco, California. Michael Buich is the sole owner of TGI.

3. Defendant Gerard Centioli is an individual who resides in Seattle, Washington and is an officer of ICON, Inc. at its principal place of business in Seattle, Washington and is the Manager of ICONcepts, LLC at its principal place of business in Seattle, Washington.

4. Defendant Lauren Centioli is an individual who resides in Chicago, Illinois and holds multiple officer positions at ICON, Inc. at its principal place of business in Seattle, Washington.

5. Defendant ICON, Inc. ("ICON") is a corporation organized and existing under the laws of Nevada. Gerard Centioli is the President and CEO of ICON, as well as a shareholder. Lauren Centioli is Secretary, Treasurer and CFO of ICON.

6. Defendant ICONcepts, LLC ("ICONcepts") is a limited liability company organized and existing under the laws of Washington. Gerard Centioli is Manager, President, CEO and a Member of ICONcepts. ICONcepts is used by Gerard and Lauren Centioli to hold and shield their equity in the few restaurant ventures they are involved in.

7. Defendant Tadich Grill Development Company, LLC ("TGDC") is a limited liability company organized and existing under the laws of Washington. Mr. Buich, ICONcepts, and

2

others are members in TGDC. Mr. Buich owns 25% of TGDC. ICONcepts owns or controls the remaining 75%.

8. TGDC, ICON, ICONcepts, Gerard Centioli, and Lauren Centioli are collectively referred to herein as "Defendants" and each singularly as a "Defendant." Plaintiff is informed and believes and on that ground alleges that at all times mentioned, each of the Defendants was the agent of all the other Defendants, and was, in doing the things here complained of, was responsible in some manner for the occurrences herein alleged and liable to the complainant for the relief prayed for herein.

9. Plaintiff does not know the true names of Defendants DOES 1 through 20, inclusive, and therefore sues them by those fictitious names. Plaintiff is informed and believes and thereon alleges that each of these Doe Defendants was in some manner responsible for the events and happenings alleged in this Complaint and for Plaintiff's injuries and damages.

**JURISDICTION AND VENUE**

10. The Court has original subject matter jurisdiction over federal Lanham Act claims under 15 U.S.C. §1125, and 28 U.S.C. §§1331 and 1338.

11. The Court has personal jurisdiction over each of the Defendants because Defendants have deliberately directed activities to California in the form of interactive websites that are integral to their business interests. These websites are www.tadichgrill.com and www.icon.com and are collectively referred to herein as the "Infringing Websites." The first page of the tadichgrill.com website is attached hereto as Exhibit A. The tadichgrill.com website refers to the Tadich Grill restaurant in San Francisco, California, with the Defendants using the Mark throughout the website to conduct transactions with persons in California. While famous throughout the United States, based on the success and longevity of the Tadich Grill San Francisco restaurant, the "Tadich Grill" name has more name recognition in California than any other state and therefore the use of the Mark in the Infringing Websites is a deliberate attempt by Defendants to target California residents. Through the tadichgrill.com website, Defendants specifically solicit reservations and purchases from California Internet users of gift cards and Tadich Grill polo shirts, mugs, and the Tadich Grill Signature Bloody Mary Mix. The page from

3

www.tadichgrill.com offering these items for sale is attached hereto as Exhibit B. The first page from the website, www.icon.com, is attached hereto as Exhibit C. The Mark is used throughout the website and the "ICONcepts page" of the website, www.icon.com, links directly to www.tadichgrill.com, such that when Internet users click on "Learn More About Tadich Grill," the www.tadichgrill.com website appears, soliciting the same reservations and purchases referenced above. A true and correct copy of the "ICONcepts" page from www.icon.com is attached hereto as Exhibit D.

12. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)-(d). The Defendants' contacts are each substantial enough with the State of California to subject each of them to personal jurisdiction. Further, each Defendant committed acts within the district that give rise to this action.

## FACTUAL ALLEGATIONS

13. Plaintiff is the lawful owner of the Mark. The Mark has significant economic value to Plaintiff. The Mark was first used in commerce in 1882 and has continually been used since then. Attached hereto as Exhibit E is a true and correct copy of some of the records for the Mark that are publicly available through the United States Patent and Trademark Office's Trademark Electronic Search System ("TESS").

14. Plaintiff uses the Mark in connection with every aspect of its highly successful Tadich Grill brand and specifically its San Francisco Tadich Grill restaurant, which at 169 years old, is the oldest restaurant in California and the third oldest continuously run restaurant in the United States. Plaintiff has invested significant expenditure in promoting goods and services associated with the Mark.

15. The Mark is highly distinctive, and the Mark and the goodwill associated with the Mark have become valuable assets of Plaintiff.

16. In addition to the trademark registration, Plaintiff owns the domain names, www.tadichgrillsf.com and www.tadichgrill.com, though Defendants, over Plaintiff's objections, continue to operate and/or link to www.tadichgrill.com and refuse to transfer the tadichgrill.com domain name to Plaintiff.

4

17. Each Defendant has knowledge of and is directly responsible for the continued infringement of the Mark through the Infringing Websites. Per publicly available information, (i) Gerard and Lauren Centioli are the sole officers of ICON, (ii) ICON is the sole governor of ICONcepts, (iii) Lauren Centioli is the individual responsible for the domain registrations of tadichgrill.com and icon.com, respectively, by TGDC, and ICONcepts; and (iv) ICONcepts is a member of TGDC.  Plaintiff, through its counsel, sent multiple letters to the Defendants, demanding that they each cease and desist use of the Mark, take down the www.tadichgrill.com website and transfer the domain, www.tadichgrill.com, to Plaintiff.  Defendants have refused to comply. In the words of ICON's counsel, Plaintiff's actions purportedly led TGDC and ICONcepts, ICON, Gerard Centioli, and Lauren Centioli, as members, managers, officers, and/or employees of TGDC, to believe that Tadich Grill did not intend to enforce its trademark. Hence, the direct involvement and knowledge of each of the Defendants named in this Complaint has been admitted to.

18.  Defendants' suggestion is a subterfuge, being employed by Defendants to continue wrongfully profiting from the infringement of the Mark.  Among other things, multiple letters from Plaintiff's counsel expressly encourage Defendants Gerard Centioli and Lauren Centioli as the responsible individuals and decision makers for TGDC, ICON and ICONcepts, to take immediate corrective action. No corrective action has been taken by any Defendant, leading to the filing of this action.

19. As of the date of the filing of this complaint, each Defendant still infringes upon and uses the Mark without Plaintiff's authorization.  Each Defendant has used the Mark in connection with products and services in a manner that creates a likelihood of confusion, and there is a high likelihood that the continued use and promotion by each Defendant of the Mark will cause additional confusion in the marketplace.  In particular, www.tadichgrill.com, promotes two Tadich Grill restaurants, the highly successful one in San Francisco with longevity spanning well over a century and a short-lived, unsuccessful Tadich Grill restaurant in Washington D.C. that has been closed since in or about January 2018.

20. In contrast to the Infringing Websites operated by Defendants, the website that Plaintiff

5

operates, "tadichgrillsf.com," refers *solely* to the San Francisco restaurant, the only restaurant in operation at this point and the only restaurant in which gift cards purchased online can be used. In the competitive restaurant business, it is highly detrimental for Plaintiff and its Mark to be associated with the closed Washington D.C. restaurant and the loss of goodwill of disappointed customers who purchase gift cards through the Infringing Websites, mistakenly believing they are redeemable at a Washington D.C. restaurant that no longer exists.

**FIRST CAUSE OF ACTION**

**FEDERAL TRADEMARK INFRINGEMENT AGAINST ALL DEFENDANTS**

**(15 U.S.C. § 1114)**

21. Plaintiff realleges and incorporates herein by reference the allegations contained in paragraphs 1 to 20 of this Complaint as part of this cause of action.

22. Plaintiff owns the Mark and has continuously used the Mark at all relevant times.

23. Defendants have marketed, advertised and sold, and continue to market, advertise and sell goods or services using the Mark through the Infringing Websites.

24. Defendants' activities as alleged herein have caused, and are likely to continue to cause confusion, mistake, or deception of consumers to the detriment of Plaintiff.

25. Plaintiff has no control over the Infringing Websites, and because of the confusion created by Defendants, among other things, by using the Mark in connection with a restaurant that no longer exists, Plaintiff's valuable goodwill in respect to its Mark is being tarnished by Defendants.

26. The goodwill of Plaintiff's business and the Mark is of significant value, and Plaintiff will suffer irreparable harm should infringement continue to the detriment of its reputation and goodwill.

27. Defendants' use of the Mark as alleged herein, and marketing, advertising and sale of goods or services using the Mark continues without Plaintiff's authorization, giving rise to a cause of action under 15 U.S.C. § 1114.

28. Plaintiff will be irreparably harmed unless Defendants are preliminarily and permanently enjoined from any further use of the Mark and any further marketing, advertising or sale of goods

6

or services using the Mark. Plaintiff has no adequate remedy at law and serious damage to its trademark rights will result unless Defendants' wrongful use of the Mark is enjoined.

29. Plaintiff is also entitled to an order requiring the transfer of the domain, www.tadichgrill.com, to Plaintiff.

30. Defendants have continued to use the Mark notwithstanding that they have actual knowledge of Plaintiff's superior trademark rights. Defendants' infringement of the Mark constitutes intentional, willful, knowing and deliberate trademark infringement. Plaintiff seeks judgment in the amount of three times its damages and its reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a).

31. Defendants' infringement of the Mark as alleged herein has caused, and will continue to cause Plaintiff to suffer damages in an amount unknown at this time and has caused, and will continue to cause, Defendants to gain revenues and profit in an amount unknown at this time. Pursuant to 15 U.S.C. § 1117(a), Plaintiff is entitled to an award of monetary damages in an amount equal to the losses suffered by Plaintiff or the revenues and/or profits gained by Defendants, which damages should be augmented as provided by 15 U.S.C. §1117(a).

## SECOND CAUSE OF ACTION

## CYBERSQUATTING AGAINST ALL DEFENDANTS

## (15 U.S.C. § 1125(d))

32. Plaintiff realleges and incorporates herein by reference the allegations contained in paragraphs 1 to 20 of this Complaint as part of this cause of action.

33. Defendants TGDC and Lauren Centioli, as domain name registrants, have maintained tadichgrill.com with bad-faith intent to profit from such maintenance of tadichgrill.com, and all the Defendants have used the tadichgrill.com domain (either directly or by linking to it through icon.com) with a bad-faith intent to profit from the Mark.

34. The domain name, tadichgrill.com uses the name identical to Plaintiff's registered Mark, "Tadich Grill."

35. The Mark was distinctive at the time Defendants trafficked in or used the domain name, tadichgrill.com.

7

36. Defendants do not have any intellectual property rights or any other rights in the Mark.

37. Defendants have refused to transfer the domain, tadichgrill.com, to Plaintiff.

38. The Mark is famous within the meaning of subsection 15 U.S.C. § 1125(c).

39. Defendants use and trafficking in tadichgrill.com is cybersquatting in violation of 15 U.S.C. § 1125(d), entitling Plaintiff to relief.

40. TGI's remedy at law is not adequate to compensate Plaintiff for the harm caused by Defendants. Accordingly, Plaintiff is entitled to preliminary and permanent injunctive relief pursuant to 15 U.S.C. § 1116.

41. By reason of Defendants' acts alleged herein, Plaintiff is entitled to recover Defendants' profits, Plaintiff's actual damages and the costs of this action, or statutory damages under 15 U.S.C. § 1117, on election by Plaintiff, in an amount of one hundred thousand dollars ($100,000) for each domain name found to constitute cybersquatting.

42. Given Defendants' recalcitrance in continuing to infringe on the Mark despite repeated demands to cease and desist and transfer tadichgrill.com back to Plaintiff, this is an exceptional case, making Plaintiff eligible for an award of attorneys' fees under 15 U.S.C. § 1117.

### THIRD CAUSE OF ACTION

### FALSE DESIGNATION OF ORIGIN AGAINST ALL DEFENDANTS

### (15 U.S.C. § 1125(a))

43. Plaintiff realleges and incorporates herein by reference the allegations contained in paragraphs 1 to 20 of this Complaint as part of this cause of action.

44. Defendants' continued use of the Mark without Plaintiff's consent constitutes a false designation of origin, false or misleading description of fact or false or misleading representation of fact, which is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Plaintiff's commercial activities by another person in violation of 15 U.S.C. § 1125(a).

45. Such conduct by Defendants is likely to confuse, mislead, and deceive customers into believing that Defendants and/or their good or services are sponsored, approved, or authorized by Plaintiff or are in some way currently affiliated or connected with Defendants, all in violation of

8

1 | 15 U.S.C. § 1125(a).

2 |     46. Defendants' actions were undertaken willfully with full knowledge of the falsity of such

3 | designation of origin and false descriptions or representations, and with the express intent to

4 | cause confusion, and to mislead and deceive the purchasing public.

5 |     47. Defendants have derived and received, and will continue to derive and receive, gains,

6 | profits and advantages from Defendants' false designation of origin, false or misleading

7 | description of fact or false or misleading representation of fact in an amount that is not presently

8 | known to Plaintiff. By reason of Defendants' actions, constituting false designation of origin, and

9 | false or misleading description of fact or false or misleading representation of fact, Plaintiff has

10 | been damaged and is entitled to monetary relief in an amount to be determined at trial.

11 |     48. Due to Defendants' actions, constituting false designation of origin, false or misleading

12 | description of fact or false or misleading representation of fact, Plaintiff has suffered and

13 | continues to suffer irreparable injury, for which Plaintiff has no adequate remedy at law and

14 | hence is also entitled to injunctive relief.

15 | **PRAYER FOR RELIEF**

16 | WHEREFORE, Plaintiff prays for the following relief:

17 |     A.  An Order granting a preliminary and permanent injunction restraining Defendants,

18 | their members, officers, directors, principals[1], agents, servants, employees, successors and

19 | assigns, and all individuals acting in concert or participation with them, from using for any

20 | commercial purpose whatsoever the Mark and/or the Internet domain name tadichgrill.com.

21 |     B. An Order requiring Defendants to relinquish all rights in the Mark, including the

22 | Internet domain name tadichgrill.com; and directing TGDC, Gerard Centioli, Lauren Centioli or

23 | any other party in position to do so, to change TGDC's name to delete any reference to "Tadich

24 | Grill" and to transfer the internet domain name, tadichgrill.com, to Plaintiff;

25 |     C.  An Order directing Defendants to account to Plaintiff for any and all profits derived by

26 | them from the sale of products or services through the use of the Mark or use of tadichgrill.com;

---

[1] The requested order should exclude Mr. Buich (who is a member and principal of TGDC) because he is the owner of Plaintiff.  Clearly, Mr. Buich should not be restrained from participating with his restaurant's use of its own Mark.

9

COMPLAINT

D.  Monetary damages against Defendants for the maximum damages allowable pursuant to 15 U.S.C. § 1125, including but not limited to damages for cybersquatting of no less than $200,000 ($100,000 for each of the Infringing Websites);

E. For an award of augmented damages as alleged herein pursuant to 15 U.S.C. §1117;

F. For an award of attorneys' fees and litigation expenses and costs to the maximum extent allowed by law;

G.  Pre and post-judgment interest;

H.  For such other and further relief as the court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Dated:  May 14, 2018                         **SEUBERT FRENCH FRIMEL & WARNER LLP**

By:    /s/ William J. Frimel
_____
WILLIAM J. FRIMEL
bill@sffwlaw.com
1075 Curtis Street
Menlo Park, CA 94025
Tel: 650.322.3048


Attorneys for Plaintiff
TADICH GRILL, INC.

COMPLAINT



**EXHIBIT "A"**

# Tadich Grill

MENU
FAVORITES
REVIEWS

HISTORY
STAFF
IMAGES

SAN FRANCISCO
WASHINGTON DC
GIFT CARDS



**SAN FRANCISCO**
240 California Street
San Francisco, CA 94111
415-391-1849
Monday-Friday 11am-9:30pm
Saturday 11:30am-9:30pm
Sunday *Closed but available for Private Parties*

**WASHINGTON DC**
1001 Pennsylvania Avenue NW
Washington, DC 20004
202-638-1849
Monday-Saturday 11:30am-10pm
Sunday *Closed but available for Private Parties*

**WASHINGTON DC RESERVATIONS**



Click Here for Details





**EXHIBIT "B"**

# *Tadich* Grill

MENU
FAVORITES
REVIEWS

HISTORY
STAFF
IMAGES

SAN FRANCISCO
WASHINGTON DC

**GIFT CARDS**



## REMEMBERING THE GOOD TIMES

*Whether for family, friends or yourself, Tadich Grill is proud to offer select, exclusive gifts to commemorate your visit to the Original Cold Day Restaurant.*

To order your Tadich Grill remembrance, email David @ shop@tadichgrill.com with your order request along with your contact information. He will contact you promptly to make purchase and shipping arrangements. VISA and MasterCard welcome. Prices do not include shipping and handling. Click here for shipping and handling costs.

### Tadich Grill Gift Card

Give a gift of your favorite restaurant or use this gift card to introduce your friends to our San Francisco Tradition.

**Tadich Grill Gift Card**

$25.00

| $25 | ⌄ |

ADD TO CART

**Already have a card?**
◆ Click here to check your existing account balance.



### Tadich Mug

A wonderful souvenir of the third oldest restaurant in America. Classic heavy 12oz. mug imprinted with the Tadich Grill logo.
$8.00



### Tadich Signature Bloody Mary Mix

Made from our own family recipe. Serve over ice with your favorite vodka and a squeeze of lime! You'll feel just like you're back at the Tadich Grill enjoying the beverage with friends.
$6.00



### Tadich Polo

Perfect for any sporting occasion, this high quality long sleeved cotton T-shirt in navy blue is proudly embroidered with our Tadich Grill logo. Great gift in all sizes ( S, M, L, XL, & XXL).
$40.00

### Tadich Grill Book & Recipes

Our story cannot be separated from that of its city, and so *Tadich Grill* includes a culinary review of San Francisco from the time the restaurant was founded. Complete with thirty of Tadich's signature recipes, *Tadich Grill* captures the history, ambiance, and flavor of the San Francisco institution, presenting a fond portrait of a remarkable culinary success story.
$25.00

**Find Us:** 240 California Street, San Francisco, CA 94111  |  (415) 391-1849  |  Get Directions

Copyright 2012. Tadich Grill, Inc. All Rights Reserved.



**EXHIBIT "C"**

Partnerships with best-in-class original restaurant concepts that have stood the test of time.

contact@icon.com
1910 First Avenue South – Seattle, WA 98134
P: (206) 357-7171

ICONepts

## TADICH GRILL

The fourth ICON partnership was established with Tadich Grill, Inc. of San Francisco, California. Three Croatian immigrants began this legendary business on 1849 during the California Gold Rush.





# ICON

Partnerships with best-in-class original restaurant concepts that have stood the test of time.

contact@icon.com
1910 First Avenue South – Seattle, WA 98134
P: (206) 357-7171

ESTABLISHED 1849 TADICH GRILL

## Tadich Grill

The fourth ICON partnership was established with Tadich Grill, Inc. of San Francisco, California. Three Croatian immigrants began this legendary business on 1849 during the California Gold Rush. Tadich Grill is owned by Michael Buich. In 2009 ICON founder Gerard Centioli and Michael Buich formed Tadich Grill Development Company LLC to develop the brand beyond San Francisco.

Forbes named Tadich Grill "One of the World's 10 Great Classic Restaurants Well Worth Visiting" on July 9, 2012. On May 17, 2013, the partners and landlord executed a lease to open the first ICONcept at 1001 Pennsylvania Avenue, N.W., between The White House and Capitol Hill, in Washington, D.C.

Learn More about Tadich Grill >>





Copyright 2013 | ICON® | 1910 First Avenue South – Seattle, WA 98134 – (206) 357-7171



**EXHIBIT "E"**


**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Sun May 13 03:31:02 EDT 2018*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | **TADICH GRILL** |
| **Goods and Services** | IC 042. US 100. G & S: RESTAURANT SERVICES. FIRST USE: 18820102. FIRST USE IN COMMERCE: 18820102 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73089106 |
| **Filing Date** | June 2, 1976 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 1066452 |
| **Registration Date** | May 24, 1977 |
| **Owner** | (REGISTRANT) TADICH GRILL CORPORATION CALIFORNIA 240 CALIFORNIA ST. SAN FRANCISCO CALIFORNIA 94111 |
| **Attorney of Record** | Larry L. Saret |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20170619. |
| **Renewal** | 3RD RENEWAL 20170619 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| | | | |
|---|---|---|---|
| **US Serial Number:** | 73089106 | **Application Filing Date:** | Jun. 02, 1976 |
| **US Registration Number:** | 1066452 | **Registration Date:** | May 24, 1977 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Jun. 19, 2017 | | |

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | TADICH GRILL |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S) |
| **Acquired Distinctiveness Claim:** | In whole |

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | RESTAURANT SERVICES |
| **International Class(es):** | 042 - Primary Class     **U.S Class(es):** 100 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |
| **First Use:** | Jan. 02, 1882     **Use in Commerce:** Jan. 02, 1882 |

# Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

# Current Owner(s) Information

|                      |                                     |
|----------------------|-------------------------------------|
| **Owner Name:**      | TADICH GRILL                        |
| **Owner Address:**   | 240 CALIFORNIA ST.                  |
|                      | SAN FRANCISCO, CALIFORNIA 94111     |
|                      | UNITED STATES                       |
| **Legal Entity Type:** | CORPORATION                       |

| **State or Country Where Organized:** | CALIFORNIA |
|---|---|

# Attorney/Correspondence Information

### Attorney of Record

|                                      |                            |                        |            |
|--------------------------------------|----------------------------|------------------------|------------|
| **Attorney Name:**                   | Larry L. Saret             | **Docket Number:**     | 030529-9003- |
| **Attorney Primary Email Address:**  | chiipdocket@michaelbest.com | **Attorney Email Authorized:** | Yes |

### Correspondent

|                           |                                   |
|---------------------------|-----------------------------------|
| **Correspondent Name/Address:** | Larry L. Saret              |
|                           | MICHAEL BEST & FRIEDRICH LLP       |
|                           | 444 W. Lake Street, Suite 3200     |
|                           | Chicago, ILLINOIS 60606            |
|                           | UNITED STATES                      |

|                       |                             |            |              |
|-----------------------|-----------------------------|------------|--------------|
| **Phone:**            | 312-222-0800                | **Fax:**   | 312-222-0818 |
| **Correspondent e-mail:** | chiipdocket@michaelbest.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Jun. 19, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jun. 19, 2017 | REGISTERED AND RENEWED (THIRD RENEWAL - 10 YRS) | 73376 |
| Jun. 19, 2017 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 73376 |
| Jun. 19, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 73376 |
| May 03, 2017 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 14, 2007 | CASE FILE IN TICRS | |
| Jul. 20, 2007 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 59136 |
| Jul. 20, 2007 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jul. 20, 2007 | ASSIGNED TO PARALEGAL | 59136 |
| May 25, 2007 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| May 25, 2007 | PAPER RECEIVED | |
| Apr. 24, 1997 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Mar. 10, 1997 | REGISTERED - SEC. 9 FILED/CHECK RECORD FOR SEC. 8 | |
| Jul. 26, 1982 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |

# Maintenance Filings or Post Registration Information

|                                    |                       |
|------------------------------------|-----------------------|
| **Affidavit of Continued Use:**    | Section 8 - Accepted  |
| **Affidavit of Incontestability:** | Section 15 - Accepted |
| **Renewal Date:**                  | May 24, 2017          |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

|                        |                     |                       |               |
|------------------------|---------------------|-----------------------|---------------|
| **Current Location:**  | GENERIC WEB UPDATE  | **Date in Location:** | Jun. 19, 2017 |